AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| CERTAIN UNDERWRITERS at LLOYD'S LONDON SUBSCRIBING TO POLICY NO. AH00000154-001,<br>Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 4:22-cv-35 |
| CHERYL EDENFIELD, as mother and legal guardian of Quincy Edenfield, an incapacitated adult, SADIE EDWARDS, as mother and legal guardian of Adam Edwards, an incapacitated adult, and CATHERINE MOORE, as next of kin and legal guardian of Jonathan Moore, an incapacitated adult,<br>Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 23, 2023 Order granting Defendants' Second Motion to Dismiss or Stay this case, this case is dismissed without prejudice.  This case stands closed.

Approved by: _____

| March 27, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |